AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAVID M. SMITH
92 HIGHLAND AVENUE
TAUNTON, MA 02780-4071

**CRIMINAL COMPLAINT**

CASE NUMBER: 03M-1126-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _Feb. 11, 2002 to Mar. 11, 2002_ in _Suffolk_ county, in the _____ District of _Massachusetts_ defendant(s) did, (Track Statutory Language of Offense)

being a Postal Service employee, unlawfully secret, destroy, detain, delay or open a letter, postal card, package, bag, or mail entrusted to him, and which was to be conveyed by mail,

in violation of Title _18_ United States Code, Section(s) _1703_

I further state that I am a(n) _U.S. Postal Inspector_ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of U.S. Postal Inspector Paul Bellucci

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Paul V. Bellucci_
Signature of Complainant

Sworn to before me and subscribed in my presence,

10-09-2003                              at           Boston, Massachusetts
Date                                                 City and State

JUDITH GAIL DEIN
U.S. MAGISTRATE JUDGE               _Judith Gail Dein_
Name & Title of Judicial Officer      Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.