AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

Case Number: 03m-1126-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _David Smith_

| | |
|---|---|
| 11-6-03 | _FR Houlihan_ (Signature) |
| Date | |
| | F Robert Houlihan |
| | Print Name |
| | 229 Harvard St |
| | Address |
| | Brookline  MA  02446 |
| | City / State / Zip Code |
| | (617) 277-3477 |
| | Phone Number |