UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 03m-1126-JGD

UNITED STATES OF AMERICA

vs.

DAVID SMITH

JOINT MOTION TO CONTINUE
PROBABLE CAUSE HEARING
DATE

Now come both parties who move jointly to continue the Probable Cause Hearing in this matter from November 24, 2003 to a date during the week of December 8, 2003. For cause, defense counsel will be on vacation and unavailable after November 22, until December 8.

Defendant hereby waives his right to a probable cause hearing within 20 days of his initial appearance in this matter.

Dated: November 17, 2003

The Defendant,
David Smith,
By his attorney,

_____
F. Robert Houlihan
Heavey, Houlihan, Kraft & Cardinal
229 Harvard Street
Brookline, MA 02446
(617) 277-3477
BBO# 241260

The United States of America

By _____
DONALD CABELL
AUSA
Moakley Courthouse
1 Courthouse Way
Boston, MA 02446
(617) 748-3105