AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

_David Smith_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _03-1126-JGD_

I, _David Smith_, charged in a ☒ complaint ☐ petition pending in this District _Massachusetts_ in violation of _18_, U.S.C., _1703_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_/s/ D. Smith_
Defendant

_12/10/03_
Date

_F. Russ Hook_ (?)
Counsel for Defendant