UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 DEC 29 A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.<br>)<br>) VIOLATION:<br>) 18 U.S.C. § 1703<br>) Destruction of Mail<br>) |
| v. | |
| DAVID SMITH | |

INFORMATION

COUNT ONE:   (18 U.S.C. § 1703 -- Destruction of Mail)

The United States Attorney charges that:

On or about February 11, 2002, through March 11, 2002, at Boston, in the District of Massachusetts,

DAVID SMITH,

defendant herein, did, while being a Postal Service officer or employee, unlawfully secret, destroy, detain and delay mail entrusted to him, and which was intended to be conveyed by mail, to wit: a quantity of "Advo" cards.

All in violation of Title 18, United States Code, Section 1703.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _____
     DONALD L. CABELL
     Assistant U.S. Attorney

December 29, 2003