UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION
NO. 03-10406-RCL

UNITED STATES

vs.

DAVID SMITH

DEFENDANT'S ASSENTED TO
MOTION TO CONTINUE
PLEA HEARING

Now comes the Defendant, by counsel, who moves to continue the hearing on the proposed plea from February 18, 2004 to a date after March 8, 2004. For cause therefor, Defendant's counsel will be out of state on vacation on February 18th and returning from vacation on March 8th.

Defense counsel has conferenced this motion with Donald Cabell, Assistant U.S. Attorney, who has assented to this motion's allowance. The Defendant is not in custody.

The Defendant,
David Smith,
By his attorney,

F. Robert Houlihan
Heavey, Houlihan, Kraft & Cardinal
229 Harvard Street
Brookline, MA 02446
(617) 277-3477
BBO# 241260

Dated: February 2, 2004

## CERTIFICATE OF SERVICE

I, F. Robert Houlihan, hereby certify that I served this motion upon Donald Cabell, AUSA, by mailing a copy to him by first class mail, postage prepaid on February 2, 2004.

Donald Cabell
AUSA
Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

                                                                                   _____
                                                                                   F. Robert Houlihan