UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10406-RCL |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1703 - |
| DAVID SMITH | ) | Destruction of Mail |
| | ) | |

## WAIVER OF INDICTMENT

Defendant David Smith, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
DAVID SMITH

_____
Robert F. Houlihan Jr., Esq.
Attorney for Defendant

Date: March 15, 2004