# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

GEORGE F. MORIARTY, JR
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

March 15, 2004

Honorable Reginald C. Lindsay
Judge, U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   SMITH, David
      CR#03-10406
      Release Status Letter

Dear Judge Lindsay:

On November 6, 2003, Mr. David Smith was summonsed to appear before U.S. Magistrate Judge Judith G. Dein. He was charged with Destruction of Mail in CR#03M-1126. Mr. Smith was released later that day on personal recognizance.

Criminal record checks with the Massachusetts Criminal History Systems Board and the Federal Bureau of Investigation's Triple I automated system reveal no subsequent arrests or warrants for the defendant after his November 6, 2003 release.

Sincerely,

George F. Moriarty, Jr.
Chief U.S. Pretrial Services Officer

cc:   Donald Cabell, AUSA
      Robert Houlihan, Esq.
      John Bocon, DCUSPO